# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Anthony L. Davis<br><br>Debtor(s) | Case No.: 19-13020<br>Chapter: 13<br>Plan filed on 05/06/2019<br><br>Confirmation Hearing: 7/2/19 at 10:30AM<br><br>Judge Carol A. Doyle |

## NOTICE OF FILING

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Anthony L. Davis, Debtor(s), 16708 Greenwood Ave., South Holland, IL 60473
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

PLEASE TAKE NOTICE that on 5/16/2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, an Objection to Confirmation of the proposed Chapter 13 Plan. A copy of which is hereto attached.

## CERTIFICATION

I hereby certify that I served a copy of Notice to the above, as to the Trustee and Debtor's attorney via electronic notice on 5/16/2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on 5/16/2019.

/s/ Brenda Likavec
Attorney for Objector

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-17-10216)**

NOTE: This law firm is a debt collector.