# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Anthony L. Davis** Case No. 19-13020 Chapter **13**
All Cases: Name of Moving Creditor **Prestige Financial Services Inc.** Date Case Filed **May 6, 2019**

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ____ or Date Plan Confirmed __September 24, 2019__

Chapter 7:   ☐   No-Asset Report Filed on ____
             ☐   No-Asset Report not Filed, Date of Creditors Meeting ____

1. Collateral
   a. ☐ Home ____
   b. ☒ Car    Year, Make and Model  2016 Nissan Altima VIN:1N4AL3AP2GC118784
   c. ☐ Other ____

2. Balance Owed as of Petition Date $ **17,366.08**
   Total of all other Liens against Collateral $ ____

3. Attach a payment history, or list the months post-petition for which full payment from the debtor was not Received: **September through November 2020**

4. Estimated Value of Collateral (must be supplied in all cases) $**13,000.00**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____    Amount $ ____
   b. Post-Petition Default
      ☒ On direct payments to the moving creditor
         Number of months **September through November 2020**    Amount $ **2,173.80**
      ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____    Amount $ ____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i.   ☒ No insurance ____
      ii.  ☐ Taxes unpaid ____    Amount $ ____
      iii. ☒ Rapidly depreciating asset ____
      iv.  ☐ Other (describe) ____
   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith ____
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe) ____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __November 23, 2020__           /s/ James M. Philbrick
(Rev. 6/1/09)                         Counsel for **Prestige Financial Services Inc.**