

**EXHIBIT B**

| Name: | ANTHONY L DAVIS | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 19-13020 | | | | | |
| Filing Date: | 05/06/2019 | | | | | |
| First Post Due: | 06/01/2019 | | | **Completed By:** | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comment |
| | 07/15/2019 | $ 1,197.83 | | $ 1,197.83 | $ 1,197.83 | |
| 06/01/2019 | 07/16/2019 | | $ 1,197.83 | $ (1,197.83) | $ - | |
| 07/01/2019 | 07/24/2019 | $ 1,200.00 | $ 1,197.83 | $ 2.17 | $ 2.17 | |
| | 08/27/2019 | $ 1,197.83 | | $ 1,197.83 | $ 1,200.00 | |
| 08/01/2019 | 08/28/2019 | | $ 1,197.83 | $ (1,197.83) | $ 2.17 | |
| | 10/07/2019 | $ 2,395.66 | | $ 2,395.66 | $ 2,397.83 | |
| 09/01/2019 | 10/08/2019 | | $ 1,197.83 | $ (1,197.83) | $ 1,200.00 | |
| 10/01/2019 | 10/10/2019 | | $ 1,197.83 | $ (1,197.83) | $ 2.17 | |
| | 12/19/2019 | $ 1,197.83 | | $ 1,197.83 | $ 1,200.00 | |
| 11/01/2019 | 12/20/2019 | | $ 1,197.83 | $ (1,197.83) | $ 2.17 | |
| | 01/31/2020 | $ 1,197.83 | | $ 1,197.83 | $ 1,200.00 | |
| 12/01/2019 | 02/03/2020 | | $ 1,197.83 | $ (1,197.83) | $ 2.17 | |
| | 03/10/2020 | $ 1,200.00 | | $ 1,200.00 | $ 1,202.17 | |
| 01/01/2020 | 03/11/2020 | | $ 1,197.83 | $ (1,197.83) | $ 4.34 | |
| | 04/07/2020 | $ 1,200.00 | | $ 1,200.00 | $ 1,204.34 | |
| 02/01/2020 | 04/08/2020 | | $ 1,197.83 | $ (1,197.83) | $ 6.51 | |
| | 04/24/2020 | $ 1,200.00 | | $ 1,200.00 | $ 1,206.51 | |
| 03/01/2020 | 04/27/2020 | | $ 1,197.83 | $ (1,197.83) | $ 8.68 | |
| | 05/15/2020 | $ 1,250.00 | | $ 1,250.00 | $ 1,258.68 | |
| 04/01/2020 | 05/18/2020 | | $ 1,197.83 | $ (1,197.83) | $ 60.85 | |
| | 06/16/2020 | $ 2,395.66 | | $ 2,395.66 | $ 2,456.51 | |
| 05/01/2020 | 06/17/2020 | | $ 1,197.83 | $ (1,197.83) | $ 1,258.68 | |
| 06/01/2020 | 06/18/2020 | | $ 1,197.83 | $ (1,197.83) | $ 60.85 | |
| | 07/10/2020 | $ 1,197.83 | | $ 1,197.83 | $ 1,258.68 | |
| 07/01/2020 | 07/13/2020 | | $ 1,197.83 | $ (1,197.83) | $ 60.85 | |
| | 08/26/2020 | $ 1,200.00 | | $ 1,200.00 | $ 1,260.85 | |
| | 09/21/2020 | $ 1,250.00 | | $ 1,250.00 | $ 2,510.85 | |
| 08/01/2020 | 09/22/2020 | | $ 1,399.70 | $ (1,399.70) | $ 1,111.15 | |
| | 10/05/2020 | $ 1,500.00 | | $ 1,500.00 | $ 2,611.15 | |
| 09/01/2020 | 10/06/2020 | | $ 1,399.70 | $ (1,399.70) | $ 1,211.45 | |

| Due Date | Total Payment | Principal & Interest | Escrow | Optional Products | NOPC Filed Date |
|---|---|---|---|---|---|
| 10/01/2020 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 11/01/2020 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 12/01/2020 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 01/01/2021 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 02/01/2021 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 03/01/2021 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 04/01/2021 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 05/01/2021 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| 06/01/2021 | $ 1,399.70 | $ 544.67 | $ 855.03 | $ - | |
| **Total Due** | **$ 12,597.30** | **$ 4,902.03** | **$ 7,695.27** | **$ -** | |